PAUL J. MANSDORF, TRUSTEE
1569 Solano Ave. #703
Berkeley, CA 94707
(510) 526 5993
Trustee in Bankruptcy
paul@mansdorftrustee.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

_____

| In Re: | Case No. 23-40390 CN |
|---|---|
| CHAD MAIMONE | (Chapter 7) |
| Debtor(s) | |

_____

REPORT OF SALE
_____

The Sale referred to in Order Doc. #21 has been fully consummated. The debtor has delivered to the Estate the total sum of $12,000.00 for the estate's right, title and interest in the stock of Element Roofing Systems Inc. as more fully described in the Motion for Sale [Doc. 16]

Dated: June 23, 2023      /s/ Paul J. Mansdorf
                          Paul J. Mansdorf, Trustee